# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

Ronald L. Le Tendre            Case No. 18-21981-svk

                          Chapter 13

         Debtor(s).

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

       Debtor(s) filed papers with the Court requesting amendment of the unconfirmed Chapter 13 plan in the above case.

       **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

       File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

       If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

       If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming amended Chapter 13 plan.

*Attorney Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414) 223-0000*
*court@richardacheck.com*

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

    ☒ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
    ☐ A motion requesting limited services is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

*Attorney Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414) 223-0000*
*court@richardacheck.com*

**3.2 Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☒ The debtor(s) request that the court determine the value of the secured claims listed below. For each non-governmental secured claim, the debtor(s) state that the value of the secured claim should be as set out in the *Amount of secured claim* column. If the total amount of the proof of claim is less than the amount listed in the *Amount of secured claim* column, the lower amount listed on the proof of claim will be paid in full with interest as provided below. For secured claims of governmental units, the value of a secured claim listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed below. For each listed claim, the value of the secured claim will be paid in full with interest at the rate stated below.

If no entry is made in the *Interest rate* column, the proof of claim controls the rate of interest. If no interest rate is listed in the plan or proof of claim, then no interest will be disbursed by the trustee. The trustee will disburse amounts listed under the Monthly payment to creditor column in equal monthly payments. If no amount is listed in the Monthly plan payment column, the trustee will disburse payments pro rata with other secured creditors. If the court orders relief from the automatic stay as to any item of collateral listed in this paragraph, the trustee will cease disbursement of all payments under this paragraph as to that collateral, and the plan will be deemed not to provide for all secured claims based on that collateral.

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. The amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

The holder of any claim listed below as having value in the *Amount of secured claim* column will retain the lien on the property interest of the debtor(s) or the estate(s) until the earlier of:

(a) payment of the underlying debt determined under nonbankruptcy law, or

(b) discharge of the underlying debt under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.

| Name of creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Amount of secured claim | Interest rate | Monthly payment to creditor | Estimated total of monthly payments |
|---|---|---|---|---|---|---|---|---|
| Ditech | $35,985.02 | 5724 N 61st St, Milwaukee, WI 53218 | $30,000 | - | $30,000 | 6.5% | - | $35,218.80 |
| Ditech | $32,096.93 | 5730 N 61st St Milwaukee, WI 53218 | $30,000 | - | $30,000 | 5.5% | - | $34,381.80 |
| Nationstar Mortgage, LLC | $50,175.43 | 5733 N 61st St Milwaukee, WI 53218 | $28,000 | - | $28,000 | 4.5% | $522.00 | $31,320.00 |
| Nationstar Mortgage, LLC | $33,903.47 | 5541 N 56th Street Milwaukee, WI 53218 | $35,000 | - | $35,000 | 4.5% | $652.51 | $39,150.60 |

*Attorney Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414) 223-0000*
*court@richardacheck.com*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Home Mtg | $38,118.17 | 4165 N 39th Street, Milwaukee, WI 53216 | $36,559.09 | - | $36,559.09 | 5.75% | $702.55 | $42,152.85 |

*Debtor shall pay to the City of Milwaukee on their secured claims in the total amount of $5,922.06 at 12% interest for a total of $7,903.80 to be paid through the Chapter 13 plan.

*Based on the claims filed, Debtor shall pay to timely filed unsecured creditor claims in the amount of $48,630, or 100%, whichever is greater.

*Debtor shall surrender his property located at 2523 N 36th Street, Milwaukee, WI for which HSBC Bank U.S.A. holds a secured claim, the Trustee shall make no further disbursements on this claim.

*Post-Petition Notice of fees, expenses, and charges filed pursuant to Federal Rules of Bankruptcy Procedure 3002.1(c) shall be treated as supplemental proofs of claim and be paid pro rata through the plan at the same time as other secured creditors, unless objected to and the amount is set by or disallowed by the court. The debtor will modify the plan if necessary to maintain plan feasibility. No such claims will be paid where the debtor has provided for the lien to be avoided or for the property to be surrendered by this plan.

*Debtor shall decrease his plan payment to $3,776.00 per month for the remainder of the Chapter 13 plan.

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

*Attorney Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414) 223-0000*
*court@richardacheck.com*

# CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted November 26, 2018.

_____
Attorney Richard A. Check
Attorney for the Debtor(s)
*Bankruptcy Law Offices of Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414)223-0000*
court@richardacheck.com

*Attorney Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414) 223-0000*
court@richardacheck.com

## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re: Ronald L. Le Tendre        Case No. 18-21981-svk

Debtor.        Chapter 13

### CERTIFICATE OF SERVICE

On November 26, 2018, I, Justine Swenson, served a copy of the Amended Plan on the following persons in the following manner:

☑ 1. Deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, to the parties:

    ☑ (A) listed on the most current mailing matrix, a copy of which is attached to this certificate as Attachment A.

    ☑ (B) listed on Attachment B.

☑ 2. By certified mail addressed to the entities listed on Attachment C.

☐ 3. Other service method:

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: November 26, 2018        /s:/ Justine Swenson
                                                     Signature

                                                     Justine Swenson, as Paralegal for
                                                     Attorney Richard A. Check
                                                     Bankruptcy Law Offices of
                                                     Richard A. Check
                                                     757 N. Broadway, Suite 401
                                                     Milwaukee, WI 53202

Attachment A

```
Label Matrix for local noticing        DITECH FINANCIAL LLC                    Ditech Financial LLC
0757-2                                 c/o Codilis Moody & Circelli            c/o Gray & Associates, L.L.P.
Case 18-21981-svk                      15W030 N Frontage Road; Suite 200       16345 W Glendale Dr
Eastern District of Wisconsin          Burr Ridge, IL 60527-6921               New Berlin, WI 53151-2841
Milwaukee
Mon Nov 26 10:24:18 CST 2018

HSBC Bank USA, National Association, as Trus   Nationstar Mortgage LLC d/b/a Mr. Cooper   New Penn Financial, LLC d/b/a Shellpoint Mor
c/o Codilis, Moody & Circelli PC               c/o Gray & Associates, L.L.P.              P.O. Box 10675
15W030 North Frontage Road                     16345 W Glendale Dr                        Greenville, SC 29603-0675
Suite 200                                      New Berlin, WI 53151-2841
Burr Ridge, IL 60527-6921

Wells Fargo Bank, N.A.                 Alliance Collection Ag                  Alliance Collection Agencies
c/o Gray & Associates, LLP             3916 S Business Park Ave                PO Box 1267
16345 W. Glendale Dr.                  Marshfield, WI  54449-9029              Marshfield, WI  54449-7267
New Berlin, WI 53151-2841

Bank of America                        Bank of America, N.A.                   (p)BANK OF AMERICA
NC4-105-03-14                          P O Box 982284                          PO BOX 982238
PO Box 26012                           El Paso, TX 79998-2284                  EL PASO TX 79998-2238
Greensboro, NC  27420-6012

(p)CAPITAL ONE                         Capital One                             Carrington Mortgage SE
PO BOX 30285                           Attn: General Correspondence/Bankruptcy 15 Enterprise
SALT LAKE CITY UT 84130-0285           PO Box 30285                            Aliso Viejo, CA  92656-2652
                                       Salt Lake City, UT  84130-0285

Carrington Mortgage Service. LLC       Carrington Mortgage Services            Cbe Group
PO Box 3489                            1600 South Douglass Road                1309 Technology Pkwy
Anaheim, CA  92803-3489                Anaheim, CA 92806-5951                  Cedar Falls, IA  50613-6976

Cbe Group                              Cbna                                    Chase Card
Attn: Bankruptcy Department            PO Box 6497                             PO Box 15298
PO Box 900                             Sioux Falls, SD  57117-6497             Wilmington, DE  19850-5298
Waterloo, IA  50704-0900

Citi                                   Citibank/the Home Depot                 Citicards Cbna
PO Box 6241                            Citicorp Cr Srvs/Centralized Bankruptcy Citicorp Credit Svc/Centralized Bankrupt
Sioux Falls, SD  57117-6241            PO Box 790040                           PO Box 790040
                                       Saint Louis, MO  63179-0040             Saint Louis, MO  63179-0040

City of Milwaukee                      City of Milwaukee                       Credit Coll
200 E Wells St                         6352 N 101st St                         PO Box 607
Milwaukee, WI 53202-3515               Milwaukee, WI  53225-1514               Norwood, MA  02062-0607

Credit Collections Services            Credit One Bank NA                      Credit One Bank NA
Attention: Bankruptcy                  PO Box 98873                            PO Box 98875
725 Canton St                          Las Vegas, NV  89193-8873               Las Vegas, NV  89193-8875
Norwood, MA  02062-2679
```

Discover Bank  
Discover Products Inc  
PO Box 3025  
New Albany, OH 43054-3025

Discover Fin Svcs LLC  
PO Box 15316  
Wilmington, DE 19850-5316

Discover Financial  
PO Box 3025  
New Albany, OH 43054-3025

Ditech  
Attn: Bankruptcy  
PO Box 6172  
Rapid City, SD 57709-6172

(c)DITECH FINANCIAL LLC  
332 MINNESOTA ST STE E610  
SAINT PAUL MN 55101-1311

Ditech Financial LLC  
P.O. Box 6154  
Rapid City, SD 57709-6154

Ditech Financial LLC fka Green Tree Servicin  
P.O. Box 6154  
Rapid City, South Dakota 57709-6154

FALLS COLLECTION SERVICE  
N114 W19225 CLINTON DRIVE  
GERMANTOWN, WI 53022-3015

Falls Collection Svc, Inc  
N114W19225 Clinton Dr  
Germantown, WI 53022-3015

Fincntrl Svc  
PO Box 668  
Germantown, WI 53022-0668

HSBC Bank USA, National Association, as Trus  
c/o Codilis, Moody & Circelli, P.C.  
15W030 North Frontage Road, Suite 200  
Burr Ridge, IL 60527-6921

Harris  
111 W Jackson Blvd  
Chicago, IL 60604-4135

Harris & Harris  
111 W Jackson Blvd Ste 400  
Chicago, IL 60604-4135

Harris & Harris of Illinois LTD  
111 W Jackson Blvd Ste 400  
Chicago, IL 60604-4135

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101-7346

LVNV Funding, LLC its successors and assigns  
assignee of Citibank, N.A.  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587

Midland Funding, LLC  
Midland Credit Management, Inc.  
as agent for Midland Funding, LLC  
PO Box 2011  
Warren, MI 48090-2011

Nationstar Mortgage LLC  
Attn: Bankruptcy  
8950 Cypress Waters Blvd  
Coppell, TX 75019-4620

Nationstar Mortgage LLC d/b/a Mr. Cooper  
PO Box 619096  
Dallas, TX 75261-9096

Nationstar/mr. Cooper  
350 Highland Dr  
Lewisville, TX 75067-4177

Office of the U. S. Trustee  
517 East Wisconsin Ave.  
Room 430  
Milwaukee, WI 53202-4510

State of Wisconsin Dept. of Revenue  
PO Box 8901  
Madison, WI 53708-8901

Thd/Cbna  
PO Box 6497  
Sioux Falls, SD 57117-6497

Thhd/CBNA  
PO Box 790040  
Saint Louis, MO 63179-0040

WE Energies  
333 W Everett St  
Attn Bankruptcy  
Milwaukee, WI 53203-2803

WE Energies  
Attn: Bankruptcy  
PO Box 2046  
Milwaukee, WI 53201-2046

Wells Fargo Bank, N.A.  
Default Document Processing  
N9286-01Y  
1000 Blue Gentian Road  
Eagan, MN 55121-7700

(p)WELLS FARGO BANK NA  
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING  
ATTN BANKRUPTCY DEPT MAC X7801-014  
3476 STATEVIEW BLVD  
FORT MILL SC 29715-7203

Wisconsin Electric Pow  
333 W Everett St  
Milwaukee, WI 53290-0002

Rebecca R. Garcia  
Chapter 13 Trustee  
PO Box 3170  
Oshkosh, WI 54903-3170

Richard A. Check
Bankruptcy Law Office of Richard A. Chec
757 North Broadway
Suite 401
Milwaukee, WI 53202-3612

Ronald L. Le Tendre
6700 S 20th St.
Milwaukee, WI 53221-5227

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankamerica
PO Box 982238
El Paso, TX 79998-2238

Capital One
15000 Capital One Dr
Richmond, VA 23238-1119

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701-4747

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Ditech Financial LLC
332 Minnesota St Ste 610
Saint Paul, MN 55101-7707

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)New Penn Financial, LLC d/b/a Shellpoint M
P.O. Box 10675
Greenville, SC 29603-0675

End of Label Matrix
Mailable recipients    61
Bypassed recipients     1
Total                  62

Attachment B

Jay Pitner
Gray & Associates LLP
As Attorney for Nationstar Mortgage, LLC
16345 West Glendale Drive
New Berlin, WI 53151

Jay Pitner
Gray & Associates LLP
As Attorney for Ditech Financial, LLC
16345 West Glendale Drive
New Berlin, WI 53151

Matthew Comella
Codilis, Moody & Circelli, P.C.
As Attorney for Ditech Financial, LLC
15W030 North Frontage Rd, Suite 200
Burr Ridge, IL 60527

Matthew Comella
Codilis, Moody & Circelli, P.C.
As Attorney for HSBC Bank, USA, N.A.
15W030 North Frontage Rd, Suite 200
Burr Ridge, IL 60527

Christopher C. Drout
Gray & Associates LLP
As Attorney for Wells Fargo Bank, N.A.
16345 West Glendale Drive
New Berlin, WI 53151

Attachment C

John M. Flint
CEO – HSBC Bank, USA, N.A.
1800 Tysons Blvd
Tysons, VA 22102

Timothy J. Sloan
CEO – Wells Fargo Bank, N.A.
101 N. Phillips Avenue
Sioux Falls, SD 57104