THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 15, 2019

Katherine Maloney Perhach
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN (MILWAUKEE)**

| | | |
|---|---|---|
| In re<br>    Ronald L. Le Tendre<br><br>                                    Debtor | )<br>)<br>)<br>)<br>) | Case No.: 18-21981-kmp<br><br>Chapter: 13<br><br>Judge: Katherine M. Perhach |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

HSBC Bank USA, National Association, as Trustee for Carrington Mortgage Loan Trust, Series 2007-HE1 Asset-Backed Pass-Through Certificates (the "Movant") filed a motion for relief from stay to exercise its rights and remedies with respect to the Debtor's property located at 2523-A N 36th Street, Milwaukee, Wisconsin 53210 (the "Property"). Due and proper notice of the motion was given and no objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief from the automatic stay.

IT IS HEREBY ORDERED: the stay of 11 U.S.C. §362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable non-bankruptcy law.

IT IS FURTHER ORDERED: the Movant's Proof of Claim #4 is withdrawn.

IT IS FURTHER ORDERED: the Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. §554, and abandonment is effective upon entry of this Order.

IT IS FURTHER ORDERED: all other relief requested in the Motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####